Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
jnork@hollandhart.com
fzlaforge@hollandhart.com

Mark J. Butler (*pro hac vice* application forthcoming)
Mark Butler & Associates
4667 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
Tel: (949) 500-6277
Fax: (949) 743-2938
mark.butler@mbutler-law.com

*Attorneys for Defendant CMM Technology, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. ORDNANCE, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CMM TECHNOLOGY, INC., a California corporation and DOES 1-20, inclusive,<br><br>Defendants. | **Case No.: 3:19-cv-00409-MMD-CBC**<br><br>**DECLARATION OF SERVICE** |

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I, Jeanette Sparks, declare, as follows:

1. I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

2. I am readily familiar with Holland & Hart's practice for collection and processing of hand deliveries, facsimiles and outgoing mail. Such practice in the ordinary

course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

   3. On July 23, 2019, I served a copy of the Court's Minute Order (ECF 5) on Plaintiff by placing a true copy thereof in Holland & Hart's outgoing mail in a sealed envelope addressed as follows:

> Richard G. Campbell, Jr., Esq.
> Sihomara L. Graves, Esq.
> Kaempfer Crowell
> 50 W. Liberty St., Ste. 700
> Reno, NV 89501
>
> *Attorneys for Plaintiff U.S. Ordnance*

   4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 23, 2019.

           /s/ Jeanette Sparks
           Jeanette Sparks

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I, Jeanette Sparks, declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of: HAND DELIVERIES, FACSIMILES and OUTGOING MAIL. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On July 23, 2019, I served the foregoing **DECLARATION OF SERVICE** as follows:

☐   ELECTRONIC: by electronic transmission through the United States District Court's CM/ECF system to the parties below:

☑   U.S. MAIL: by placing a true copy thereof in Holland & Hart's outgoing mail in a sealed envelope addressed as follows:

>  Richard G. Campbell, Jr., Esq.
>  Sihomara L. Graves, Esq.
>  Kaempfer Crowell
>  50 W. Liberty St., Ste. 700
>  Reno, NV 89501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 23, 2019.

    /s/  Jeanette Sparks
    Jeanette Sparks

13272613_v1

3