1   Jeremy J. Nork (SBN 4017)
    Frank Z. LaForge. (SBN 12246)
2   HOLLAND & HART LLP
    5441 Kietzke Lane, Suite 200
3   Reno, NV 89511-2094
    Tel: (775) 327-3000 | Fax: (775) 786-6179
4   jnork@hollandhart.com
    fzlaforge@hollandhart.com
5
    Mark J. Butler (*pro hac vice*)
6   Mark Butler & Associates
    4667 MacArthur Blvd., Suite 200
7   Newport Beach, CA 92660
    Tel: (949) 500-6277 | Fax: (949) 743-2938
8   mark.butler@mbutler-law.com

9   Attorneys for Defendant *CMM Technology, Inc.*

10              **IN THE UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12   U.S. ORDNANCE, a Nevada corporation,          Case No.: 3:19-cv-0409-MMD-CBC

13                  Plaintiff,                      **STIPULATION FOR SETTLEMENT
                                                    CONFERENCE**
14   v.

15   CMM TECHNOLOGY, INC., a California
     corporation and DOES 1-20, inclusive,
16
                    Defendants.
17

18

19        The parties, by and through their undersigned counsel, hereby stipulate and agree to

20   submit to a settlement conference before U.S. Magistrate Judge Carla Baldwin, to allow the

21   parties to address the resolution of this matter without the need for trial. The parties propose that

22   the settlement conference be held on March 3, 2020, at 9:00 a.m.

23

24

25

26

27

28

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

1

1  DATED this 27th day of January, 2020.    DATED this 27th day of January, 2020

2         /s/                                      /s/
3  Richard G. Campbell, Jr. (SBN 1832)        Jeremy J. Nork (SBN 4017)
   Sihomara L. Graves (SBN 13239 )            Frank Z. LaForge. (SBN 12246)
   KAEMPFER CROWELL                           HOLLAND & HART LLP
4  50 West Liberty Street, Suite 700          5441 Kietzke Lane, Suite 200
5  Reno, Nevada 89501                         Reno, NV 89511-2094
   Tel: (775) 852-3900 | Fax: (775) 327-2011  Tel: (775) 327-3000 | Fax: (775) 786-6179

6
7  Attorneys for Plaintiff
   *U.S. ORDNANCE*

8                                             Mark J. Butler (*pro hac vice*)
                                              Mark Butler & Associates
9                                             4667 MacArthur Blvd., Suite 200
                                              Newport Beach, CA 92660
10                                            Tel: (949) 500-6277 | Fax: (949) 743-2938

11                                            Attorneys for Defendant
                                              *CMM Technology, Inc.*

12

13                                            **ORDER**

14                                            IT IS SO ORDERED.

15

16
                                              _____
17                                            UNITED STATES MAGISTRATE JUDGE

18                                            DATE: 1/28/2020

19

20

21

22

23

24

25

26

27

28

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094