Jeremy J. Nork (SBN 4017)
Frank Z. LaForge. (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: (775) 327-3000 | Fax: (775) 786-6179
jnork@hollandhart.com
fzlaforge@hollandhart.com

Mark J. Butler (*pro hac vice*)
Mark Butler & Associates
4667 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
Tel: (949) 500-6277 | Fax: (949) 743-2938
mark.butler@mbutler-law.com

Attorneys for Defendant *CMM Technology, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. ORDNANCE, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CMM TECHNOLOGY, INC., a California corporation and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-0409-MMD-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR THE PARTIES TO FILE STIPULATION TO DISMISS**<br><br>**Prior Deadline:**<br>January 4, 2021<br><br>**Proposed Deadline:**<br>January 25, 2021 |

1

WHEREAS, the parties have reached an agreement to resolve the above captioned lawsuit, and have recently executed a written settlement agreement memorializing that agreement;

WHEREAS, because of the ongoing Covid-19 pandemic, it took longer than expected to finalize and then execute the written settlement agreement;

WHEREAS, the Court had set a deadline on January 4, 2021 for the parties to file a stipulation to dismiss the matter;

WHEREAS, the parties will have a Stipulation to Dismiss drafted, executed and filed, shortly, but in no case later than January 25, 2021.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, subject to the Court's approval, as follows:

1. The deadline for the parties to file a Stipulation to Dismiss the lawsuit be continued until January 25, 2021.

DATED this 8th day of January, 2021.

/s/Richard G. Campbell, Jr.
Richard G. Campbell, Jr. (SBN 1832)
Sihomara L. Graves (SBN 13239 )
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Tel: (775) 852-3900 | Fax: (775) 327-2011

Attorneys for Plaintiff
*U.S. ORDNANCE*

DATED this 8th day of January, 2021

/s/Mark J. Butler
Mark J. Butler (*pro hac vice*)
Mark Butler & Associates
4667 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
Tel: (949) 500-6277 | Fax: (949) 743-2938

Jeremy J. Nork (SBN 4017)
Frank Z. LaForge. (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: (775) 327-3000 | Fax: (775) 786-6179

Attorneys for Defendant
*CMM Technology, Inc.*

**ORDER**

GOOD CAUSE APPEARING, the parties' Stipulation and Proposed Order to continue the deadline for the parties to file a Stipulation to Dismiss is GRANTED.

The Court hereby orders that the deadline for the parties to file a Stipulation to Dismiss be continued until and including January 25, 2021.

IT IS SO ORDERED.

DATED:  January 8, 2021                    By  _____
                                               The Honorable Miranda M. Du
                                               Chief United States District Judge