RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
SIHOMARA L. GRAVES
Nevada Bar No. 13239
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone:  (775) 852-3900
Facsimile:  (775) 327-2011
rcampbell@kcnvlaw.com
sgraves@kcnvlaw.com

*Attorneys for Plaintiff U.S. ORDNANCE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. ORDNANCE, a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>CMM TECHNOLOGY, INC., a California corporation and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  3:19-cv-0409-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, on the one hand, and Defendant, on the other hand, (individually referred to herein as a "Party" and collectively as the "Parties"), through their undersigned counsel of record for all Parties remaining in the Action, hereby stipulate as follows:

WHEREAS Parties, by and through their undersigned counsel, having settled all claims in this matter, and hereby stipulate to dismiss this matter with prejudice pursuant to FRCP 41(a)(2) and LR 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada;

WHEREAS all terms and conditions for the settlement of this matter between the Parties have been completed other than the return of the equipment at issue in the Action, which return

has been delayed by issues related to the ongoing Covid-19 Pandemic, but which return is currently anticipated to occur during the month of February 2021;

WHEREAS due to delays caused by the Covid-19 Pandemic, the Parties will need additional time estimated to be no shorter than 45 days, and no longer than 120 days, from the dismissal of the Action to effectuate the return of the equipment;

WHEREAS, as a result, the Parties have agreed to submit this Stipulation and [Proposed] Order to Dismiss the Entire Action and request that the Court retain jurisdiction to enforce the Settlement Agreement if necessary.

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, on the one hand, and Defendant, on the other hand, through their respective undersigned counsel, that the Court should dismiss the entire action, with prejudice, with each Party bearing their own fees and costs and requesting that the Court retain jurisdiction over this matter to enforce, as necessary, all of the terms of the Agreement.

IT IS SO STIPULATED.

DATED: January 22, 2021

/s/*Richard G. Campbell, Jr.*
Richard G. Campbell, Jr. (SBN 1832)
Sihomara L. Graves (SBN 13239 )
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Tel: (775) 852-3900 | Fax: (775) 327-2011

**Attorneys for Plaintiff**
*U.S. ORDNANCE*

DATED: January 22, 2021

/s/*Mark J. Butler*
Jeremy J. Nork (SBN 4017)
Frank Z. LaForge. (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: (775) 327-3000 | Fax: (775) 786-6179

Mark J. Butler (*pro hac vice*)
Mark Butler & Associates
4667 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
Tel: (949) 500-6277 | Fax: (949) 743-2938

**Attorneys for Defendant**
*CMM Technology, Inc.*

## ORDER

**IT IS SO ORDERED** that the above-referenced case, Case No. 3:19-cv-0409-MMD-CLB, is dismissed with prejudice, with the Court retaining jurisdiction to enforce the settlement. Each party shall bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Date: \_\_November 25\_\_, 2021.